UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRADFORD L. SHANKS,

                          Plaintiff,

    -v-                                  6:17-CV-719
                                        (DNH/TWD)

BRIAN D. BURNS, Presiding Judge; JOHN
MUEHL, District Attorney; and OTSEGO
COUNTY, County Manager/Clerk,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

BRADFORD L. SHANKS
Plaintiff pro se
12 Fonda Avenue
Oneonta, NY 13820

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Pro se plaintiff Bradford L. Shanks brought this civil rights action pursuant to 42 U.S.C. § 1983. On July 24, 2017, the Honorable Therese Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed with prejudice for failure to state a claim upon initial review. No objections to the Report-Recommendation have been filed.

        Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. This action is DISMISSED with prejudice; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 21, 2017
Utica, New York.